# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

In the Matter of:

Kit L. Karjala,

    Respondent.

Case No. 3:18-mc-00028-TMB
Alaska Sup. Ct. No. S-17137

<u>ORDER REGARDING
DISCIPLINARY SUSPENSION</u>

By order of the Supreme Court of the State of Alaska, Kit L. Karjala has been suspended from the practice of law in Alaska effective immediately, until further order of this court.

In conformity with D.Ak.L.R. 83.1(g)(1)(A) of the United States District Court for the District of Alaska,

IT IS ORDERED:

1. That Respondent Karjala is suspended immediately from the practice of law before the United States District Court for the District of Alaska;

2. That unless respondent shows good cause in writing within twenty (20) days of the date of this order, the suspension contained in paragraph one above shall remain in full force and effect; and

3. That the Clerk of this Court shall mail to the respondent at her last known address a copy of this order, which mailing shall constitute proper notice.

DATED at Anchorage, Alaska, this 1st day of August, 2018.

Signature Redacted
_____
TIMOTHY M. BURGESS
Chief Judge

cc:
    Honorable Sidney R. Thomas, Chief Judge, U.S. Court of Appeals for the Ninth Circuit
    Honorable Timothy M. Burgess, Chief U.S. District Judge
    Honorable Sharon L. Gleason, U.S. District Judge
    Honorable H. Russel Holland, Senior U.S. District Judge
    Honorable James K. Singleton, Jr., Senior U.S. District Judge
    Honorable John W. Sedwick, Senior U.S. District Judge
    Honorable Ralph R. Beistline, Senior U.S. District Judge
    Honorable Gary A. Spraker, Chief Bankruptcy Judge
    Honorable Herbert A. Ross, Bankruptcy Judge
    Honorable Deborah M. Smith, Chief Magistrate Judge
    Honorable Leslie Longenbaugh, Magistrate Judge, Juneau
    Honorable Scott Oravec, Magistrate Judge, Fairbanks
    Molly Dwyer, Clerk, U.S. Court of Appeals for the Ninth Circuit
    Lesley K. Allen, District Court Executive, U.S. District Court, Alaska
    Jan Welch, Chief Deputy Clerk, U.S. District Court, Alaska
    Janet Stafford, Clerk, Bankruptcy Court, Alaska
    Jennifer Meismer-House, Deputy-In-Charge, Fairbanks
    Dorene Smith, Deputy-In-Charge, Ketchikan
    April Kleinman, Deputy-In-Charge, Juneau
    Tracey Buie, Deputy-In-Charge, Nome
    Alaska Bar Association, Disciplinary Section, 840 K St. Suite 100, Anchorage, AK 99501
    Pisa Suon, Attorney Admissions Clerk, U.S. District Court, Alaska
    Kit Karjala, Anchorage Correctional Complex, 1400 E. 4th Ave., Anchorage, AK 99501

# In the Supreme Court of the State of Alaska

| | |
|---|---|
| In the Disciplinary Matter Involving, ) | Supreme Court No. S-17137 |
| ) | |
| Kit L. Karjala, ) | **Order** |
| ) | |
| Respondent. ) | Date of Order: **7/24/2018** |

ABA Membership No. 0206024
ABA File No. 2018D097

Before: Bolger, Chief Justice, and Winfree, Stowers, Maassen, and Carney, Justices.

On consideration of the Alaska Bar Association's motion and memorandum for interim suspension, filed on 6/28/2018 and no opposition having been filed,

IT IS ORDERED: The motion for interim suspension is GRANTED. Kit L. Karjala is SUSPENDED from the practice of law in Alaska effectively immediately, until further order of this court.

The Alaska Bar Association is directed to make all reasonable efforts to ensure service of this order on respondent.

Entered at the direction of the court.

Clerk of the Appellate Courts

Marilyn May

cc: Supreme Court Justices

Distribution:

Nelson G Page
Alaska Bar Association
840 K Street, Suite 100
Anchorage AK 99501

Kit Karjala
8521 Kluane Street, #3
Anchorage AK 99504

Kit Karjala
Anchorage Correctional Complex
1400 E. 4th Ave
Anchorage AK 99501